Leonard Shaw, Appellant, v. N. B. Broward Drainage District, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Broward.

Appeal dismissed on motion of counsel for Appellee.

*Evans & Mershon,* for Appellant;

*Atkinson & Burdine,* for Appellee.

---

Tampa Northern Railroad Company, Plaintiff in Error, v. Hugh Hale, et al., Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Knight, Thompson & Turner* and *Geo. C. Martin,* for Plaintiff in Error;

*Fred L. Stringer* and *Hugh Hale,* for Defendants in Error.